FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEAN COOPER,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>    Respondent. | NO. EDCV 07-00062 SJO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/27/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE